# United States Bankruptcy Court
## Southern District of Texas

| | |
|---|---|
| In re: | Case No.: 12-34546-H1-7 |
| Sadler Clinic, PLLC, | |
| and | |
| Montgomery County Management Company, LLC | Case No.: 12-34547 |
| *Debtors* | Substantively Consolidated Under Case No. 12-34546-H1-7 (Chapter 7) |
| Allison D. Byman, Chapter 7 Trustee *Plaintiff,* | |
| v. | Adversary No. 14-03129 |
| Anda, Inc. *Defendant.* | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
> **United States Bankruptcy Court**
> **515 Rusk Street, First Floor**
> **Houston, Texas 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> **Simon Mayer**
> **HUGHESWATTERSASKANASE, L.L.P.**
> **333 Clay Street, 29th Floor**
> **Houston, Texas 77002-4168**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**DAVID J. BRADLEY**
*Clerk of the Bankruptcy Court*

APR 25 2014
*Date*

By: _____
*Deputy Clerk*

Adversary Proceeding No. 14-03129
Bankruptcy Case No. 12-34546-H1-7

## CERTIFICATE OF SERVICE

I, Simon Mayer, certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on _____ by:
(date)

■   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

>   Anda, Inc.
>   c/o C T Corporation System
>   1200 South Pine Island Road
>   Plantation, Florida 33324

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐   Residence Service: By leaving the process with the following adult at:


☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐   Publication: The defendant was served as follows: [Describe briefly]


☐   State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the following is true and correct.

_____           _____
*Date*                                          *Signature*

| Print Name | Simon Mayer |
|---|---|
| Business Address | 333 Clay Street, 29th Floor |
| City | Houston |
| State | Texas |
| Zip | 77002-4168 |

2854864-1