

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/08/2014

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sadler Clinic, PLLC, | § | Case No.: 12-34546 |
| | § | |
| and | § | |
| | § | |
| Montgomery County | § | Case No.: 12-34547 |
| Management Company, LLC | § | |
| | § | **Substantively Consolidated** |
| Debtors | § | **Under Case No. 12-34546** |
| | § | **(Chapter 7)** |
| -------------------------------------------------- | § | |
| Allison D. Byman, | § | |
| Chapter 7 Trustee | § | |
| | § | |
| v. | § | Adversary No. 14-03129 |
| | § | |
| Anda, Inc. | § | |

## FINAL DEFAULT JUDGMENT

The Court has considered the *Request for Entry of Default and Default Judgment Against Defendant Anda, Inc.* (the "***Motion***") filed by Allison D. Byman, Chapter 7 Trustee for the above-captioned substantively consolidated bankruptcy estate (the "***Trustee***" or "***Plaintiff***"). After considering the request, and other evidence in the record, the Court

**FINDS** the record supports entry of default judgment. Therefore, it is

**ORDERED** that the clerk enter default against Defendant Anda, Inc. It is further

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff Allison D. Byman, Chapter 7 Trustee of the of the substantively consolidated bankruptcy estate of Sadler Clinic, PLLC and Montgomery County Management Company, LLC, have judgment pursuant to 11 U.S.C. §§ 547 and 550 against and recover from Defendant Anda, Inc. the following:

    (a)    The sum of $15,000.00 for the transfers that are the subject of this suit;

2872145

    (b)    Costs of court; plus

    (c)    Post-judgment interest on the judgment amount at 0.12% per annum.

This judgment disposes of all parties and issues in this case and is a Final Judgment.

Signed:

August 08, 2014

_____
Marvin Isgur
United States Bankruptcy Judge

2872145